### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATHAN ROWAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>BROCK PIERCE, an individual,<br><br>    Defendant | Case No.: 3:20-cv-01648-RAM<br><br>Class Action Complaint |

### MOTION TO RESTRICT FILING

**TO THE HONORABLE COURT:**

**COMES NOW** the Defendant Brock Pierce ("Mr. Pierce") through his undersigned counsel who respectfully states and prays:

1. Today, October 27, 2023, Mr. Pierce will file his Surreply in support of his Opposition to Plaintiff's Renewed Motion for Class Certification (D.E. 213).

2. In support, Mr. Pierce intends to cite to evidence and deposition testimony that contains confidential information that is protected under the terms of the Stipulated Protective Order (D.E. 97).

3. Because of the confidential nature of the issues discussed therein, Mr. Pierce requests that he be allowed to file the Surreply under the "Case Participants" restriction.

**WHEREFORE**, Defendant Brock Pierce requests that this Court allow the Surreply (D.E. 213) under the "Case Participants" restriction.

Date: October 27, 2023

/s/ Iván Lladó
Ramón Dapena
Iván J. Lladó
**MORELL CARTAGENA & DAPENA LLC**
Ponce de León Ave. 273 Plaza 273, Suite 700
San Juan PR 00908 Puerto Rico

       Telephone: 787-723-1233
       Facsimile: 787-723-8763
       E-mail: ramon.dapena@mbcdlaw.com
       Email: ivan.llado@mbcdlaw.com

       */s/ Kayla L. Pragid*
       **HOLLAND & KNIGHT LLP**
       Ashley L. Shively (*pro hac vice*)
       50 California Street, Suite 2800
       San Francisco, CA 94111
       Telephone: (415) 743-6900
       Facsimile: (415) 743-6910
       E-mail: ashley.shively@hklaw.com

       -and-

       Kayla L. Pragid (*pro hac vice*)
       Lisa Kohring (*pro hac vice*)
       777 S. Flagler Street, 1900W
       West Palm Beach, FL 33401
       Telephone: (561) 650-8303
       E-mail: kayla.pragid@hklaw.com
       Email: lisa.kohring@hklaw.com

       *Attorneys for Defendant Brock Pierce*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 27, 2023**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

       By: */s/ Iván Lladó*
           Iván J. Lladó