# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATHAN ROWAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BROCK PIERCE, an individual,<br><br>Defendant. | Case No.: 3:20-cv-01648-RAM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a), it is hereby stipulated and agreed by and between Plaintiff Nathan Rowan and Defendant Brock Pierce, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: July 15, 2024 | Respectfully submitted, |
| **MORELL CARTAGENA & DAPENA LLC** | **MELLADO & MELLADO-VELLARREAL** |
| */s/ Iván J. Lladó*<br>Ramón Dapena<br>USDC-PR Bar No. 125005<br>E-mail: ramon.dapena@mbcdlaw.com<br>Iván J. Lladó, Esq.<br>USDC-PR Bar No. 302002<br>Email: ivan.llado@mbcdlaw.com<br>Ponce de León Ave. 273 Av. De la Constitución, Suite 700<br>San Juan PR 00908 Puerto Rico<br>Telephone: 787-723-1233<br>Facsimile: 787-723-8763 | */s/ Jairo Mellado*<br>Hector Orejuela--Dávila<br>USDC-PR No. 301111<br>horejuela@mellado.com<br>USDC-PR No. 208112<br>Jairo Mellado<br>jmellado@mellado.com<br>165 Ponce de Leon Ave., Suite 102<br>San Juan, PR 00917<br>Telephone: (787) 767-2600<br>Facsimile: (787) 767-2645 |

| | |
|---|---|
| **HOLLAND & KNIGHT LLP** | **KAUFMAN, P.A.** |
| */s/ Ashley L. Shively* | */s/ Avi R. Kaufman* |
| Ashley L. Shively (*pro hac vice*) | Avi R. Kaufman (*pro hac vice*) |
| 560 Mission Street, 19th Floor | 237 South Dixie Highway, Floor 4 |
| San Francisco, CA 94105 | Miami, FL 33133 |
| Telephone: (415) 743-6900 | Telephone: (305) 469-5881 |
| E-mail: ashley.shively@hklaw.com | Email: kaufman@kaurmanpa.com |
| | |
| Kayla L. Pragid (*pro hac vice*) | -and- |
| Lisa Kohring (*pro hac vice*) | |
| 777 S. Flagler Street, 1900W | **LAW OFFICES OF STEFAN COLEMAN, P.A.** |
| West Palm Beach, FL 33401 | Stefan Coleman (*pro hac vice*) |
| Telephone: (561) 650-8303 | 201 S. Biscayne Blvd, 28th FL |
| E-mail: kayla.pragid@hklaw.com | Miami, FL 33131 |
| Email: lisa.kohring@hklaw.com | Telephone: (877) 333-9427 |
| | law@stefancoleman.com |
| Paul Bond (*pro hac vice*) | |
| Cira Centre, Suite 800 | -and- |
| 2929 Arch Street | |
| Philadelphia, PA 19104 | **BAILEY GLASSER LLP** |
| Telephone: (215) 252-9535 | John W. Barrett (*pro hac vice*) |
| Email: Paul.Bond@hklaw.com | 209 Capitol Street |
| | Charleston, WV 25301 |
| *Attorneys for Defendant Brock Pierce* | Telephone: (304) 340-2287 |
| | Email: jbarrett@baileyglasser.com |
| | |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I certify that on July 15, 2024, I filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record in this matter.

                                                                                            */s/ Ashley L. Shively*
                                                                                            Ashley L. Shively