IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Nathan Rowan<br><br>Plaintiff<br><br>v.<br><br>Brock Pierce<br><br>Defendant | Civil No. 20-1648(RAM) |

**JUDGMENT**

On July 15, 2024, the parties filed a Stipulation of Dismissal with Prejudice (Docket No. 226). In accordance with the Order entered today (Docket No. 227), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of July 2024.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE